UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                        :
                                                 :
                                Plaintiff,       :
                                                 :        18-CR-420 (ALC)
                -against-                         :
                                                 :        ORDER
ISAAC SOLER,                                     :
                                                 :
                                Defendant.       :
                                                 :
------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      A Change of Plea Hearing is set for **May 5, 2022** at **1:00 p.m.**

**SO ORDERED.**


Dated:      New York, New York
            April 27, 2022


                            _____
                            ANDREW L. CARTER, JR.
                            United States District Judge