THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

September 12, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/14/22__

*Via* **ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District Of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Isaac Soler et al.,* 18 Cr. 420 (ALC)

Dear Judge Carter,

As you know, I represent Isaac Soler in the above-reference matter. Mr. Soler is scheduled to be sentenced by the court on September 27, 2022. I write, with the consent of the government to request a two-week adjournment of Mr. Soler's sentencing due to an unforeseen medical emergency.

Respectfully submitted,

/s/

Valerie A. Gotlib
César de Castro

> The application is **GRANTED**. Sentencing adjourned to 10/18/22 at 12 p.m.
> So Ordered.
>
> *[signature] Andrew L. Carter*
> 9/14/22

Cc:    Christopher Jordan Clore
       Assistant United States Attorney
       (*Via* ECF)